Christopher A. Meyers (#032558)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: cmeyers@swlaw.com
Attorneys for Defendant Equifax Information Services LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wendy Dietz-Wilson,<br><br>  Plaintiff,<br><br>v.<br><br>Synchrony Bank, et al.,<br><br>  Defendants. | No.<br><br>**NOTICE OF REMOVAL** |

Defendant, Equifax Information Services LLC ("Equifax"), by Counsel, and hereby file this Notice of Removal of this action from the McDowell Mountain Justice Court, Maricopa County, Arizona, wherein it is now pending as Case No. CC2017017723RC to the United States District Court for the District of Arizona. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, Defendants show this Court as follows:

1.  An action was filed on January 26, 2017 in the McDowell Mountain Justice Court, Maricopa County, Arizona, entitled *Dietz-Wilson v. Synchrony Bank, et al.*, Case No. CC2017017723RC (the "State Court Action").

2.  Equifax was served with the Complaint on February 1, 2017.

3.  This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's initial pleading setting forth the grounds for her action and her claims for relief.

    4.    This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

    (a)    Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

    (b)    The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

    5.    Promptly after the filing of this Notice of Removal, Equifax shall give written notice of the removal to Plaintiff and to the Clerk of the McDowell Mountain Justice Court, Maricopa County, Arizona, as required by 28 U.S.C. § 1446(d).

    6.    Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Equifax in the State Court Action.

    7.    All Defendants consent to the removal of this case. Attached hereto, as Exhibit B, is a copy of the Consent of codefendant Synchrony Bank.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

DATED this 24th day of February, 2017.

                      SNELL & WILMER L.L.P.

                      By *s/Christopher Meyers*
                          Christopher Meyers
                          One Arizona Center
                          400 E. Van Buren, Suite 1900
                          Phoenix, Arizona 85004-2202
                          Attorneys for Plaintiff Equifax Information Services LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2017, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing:

Kevin Fallon McCarthy
Joon Kee
McCarthy Law PLC
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251

Raffi Kassabian
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

    s/Kimberly Erickson