**McCarthy Law PLC**
*Candid Conversation. Wise Counsel.*

**Kevin Fallon McCarthy, 011017**
**Devan E. Michael, 032803**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**Devan.micheal@mccarthylawyer.com**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| WENDY DIETZ-WILSON (ROOD), | Case No.: 2:17-cv-00570-HRH |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO DISMISS THE ACTION WITHOUT PREJUDICE** |
| SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff, WENDY DIETZ-WILSON (ROOD) ("Plaintiff"), pursuant to FRCP 41(a)(2), respectfully moves this Court for an order dismissing the action without prejudice. The Defendants SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC do not oppose this Motion. The parties are to bear their own attorneys' fees and costs. A proposed form of order is attached.

Respectfully submitted this 23rd day of March, 2017.

MCCARTHY LAW PLC
*By:/s/ Devan E. Michael*
Devan E. Michael
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorney for Plaintiff

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Dietz-Wilson (Rood) v. Synchrony Bank et al            1                            Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Devan E. Michael*

McCarthy Law, PLC
4250 N. Drinkwater Blvd
 Suite 320
Scottsdale, AZ  85251
602-456-8900
www.McCarthyLawyer.com

Dietz-Wilson (Rood) v. Synchrony Bank et al         2         Dismissal