IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

WENDY DIETZ-WILSON (ROOD),

                 Plaintiff,

vs.

SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,

                 Defendants.

No. 2:17-cv-0570-HRH

O R D E R

Case Dismissed

*Plaintiff's Motion to Dismiss the Action without Prejudice*,[1] filed March 23, 2017, is granted and this case is dismissed without prejudice, each party to bear their respective costs and attorney fees.

*Defendant Synchrony Bank's Motion to Dismiss Plaintiff's Complaint*,[2] filed March 23, 2017, is denied as moot.

DATED at Anchorage, Alaska, this  27th  day of March, 2017.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 17.

[2] Docket No. 16.